UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Search of: | ) | |
| | ) | |
| Information associated with | ) | |
| IKHOJA@GMAIL.COM and | ) | |
| DICEROS.CHEN@GMAIL.COM | ) | Case No.  4:16 MJ 5263 NAB |
| That is stored at premises | ) | |
| Controlled by Google, Inc. | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO FILE UNDER SEAL**

COMES NOW the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Colleen C. Lang, Assistant United States Attorney for said District, and hereby moves this Court to allow the Government to file its response to Movants' objections under Seal.

    Respectfully submitted,

    RICHARD G. CALLAHAN
    United States Attorney

    /s/ Colleen C. Lang
    COLLEEN C. LANG, #56872MO
    Assistant United States Attorney
    111 South 10th Street, Room 20.333
    St. Louis, Missouri  63102
    (314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record. A copy will be mailed through email and the United States Postal Service for Movants.

*s/ Colleen C. Lang*
COLLEEN C. LANG, #56872MO
Assistant United States Attorney